# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DONTAE L. DOYLE,**

           **Petitioner,**

  **v.**                                                       **Case No. 10-C-235**

**MICHAEL THURMER**
**Warden of Waupun Correctional Institution,**

           **Respondent.**

## DECISION AND ORDER

The Petitioner, Dontae L. Doyle ("Doyle"), has requested that the Court extend all current deadlines in this action approximately 90 days, so that the parties may participate in a discussion which may lead to an agreed resolution of this action. The Respondent does not oppose the request. The request is reasonable and provides good cause for an extension of the current deadlines. Therefore, the Court will modify the schedule as follows.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Doyle **MUST** file his brief in support of his request for an evidentiary hearing **on or before January 9, 2012**;

Thurmer **MUST** file any response brief to Doyle's request for an evidentiary hearing **on or before February 10, 2011**;

Doyle may file any reply thereto **on or before February 24, 2011**;

Doyle may file an amended petition **on or before January 9, 2012**; and,

Thurmer may file an amended answer **on or before February 10, 2012**.

Dated at Milwaukee, Wisconsin, this 19thth day of September, 2011.

                                            **BY THE COURT**:

                                        */s/ Rudolph T. Randa*
                                        _____
                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**