# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DONTAE L. DOYLE,**

        **Petitioner,**

**v.**

        Case No. 10-C-235

**MICHAEL THURMER**
**Warden of Waupun Correctional Institution,**

        **Respondent.**

# DECISION AND ORDER

The pro se Petitioner, Dontae L. Doyle ("Doyle"), a State of Wisconsin prisoner incarcerated at the Waupun Correctional Institution in Waupun, Wisconsin, who filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254, is represented by court-appointed counsel. However, beginning on April 16, 2013, Doyle has filed a number of letters and motions expressing concerns for his safety and the progress of his case.

A petitioner does not have a right to file his own motions or documents when he is represented by counsel. *See Hayes v. Hawes,* 921 F.2d 100, 102 (7th Cir. 1990). The Court may strike as improper any such pro se motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).

Despite the impropriety of filing such papers, the Court requests that court-appointed counsel communicate with Doyle regarding the concerns Doyle raises in his letters and

motions and, if necessary, seek relief from the Court. Furthermore, based on the content of Doyle's filings, the Court finds good cause to seal the documents filed as ECF Nos. 110, 111, and 114. *See* Gen. L. R. 79(d) (E. D. Wis.) Any party or interested member of the public may challenge the sealing of those papers. *See Cnty. Materials Corp. v. Allan Block Corp.,* 502 F.3d 730, 740 (7th Cir. 2007).

In light of the foregoing, the Court strikes Doyle's motions. The Court also advises Doyle that he may not file his own motions while he is represented by counsel.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Doyle's motions (ECF No. 111) are **STRUCK**;

Doyle's motion for a 60-day briefing schedule (ECF No. 112) is **STRICKEN**;

Doyle's motion (ECF No. 114) is **STRICKEN**;

Doyle's letters (ECF Nos. 110 and 113) are **STRUCK**; and

The Clerk of Court is directed to seal the documents filed as ECF Nos. 110, 111, and 114, and to modify the docket entries accordingly. Any interested party or member of the public may challenge the sealing of those papers.

Dated at Milwaukee, Wisconsin this 22nd day of April, 2013.

**BY THE COURT**

_____
**Hon. Rudolph T. Randa**
**U.S. District Judge**